**08 CV 3763**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATS EMPEROR SHIPPING LIMITED,

        Plaintiff(s),

1:08-cv-_____

    -against-

RULE 7.1 STATEMENT

HAWKNET LIMITED and BROBULK LIMITED,

        Defendant(s).
----------------------------------------X



APR 21 2008
U.S.D.C. S.D.N.Y.
CASHIERS

    PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, NATS EMPEROR SHIPPING LIMITED ("NATS EMPEROR"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of NATS EMPEROR.

Dated:    New York, NY

        April 21, 2008

                      Respectfully submitted,

                      MAHONEY & KEANE, LLP
                      Attorneys for Plaintiff
                      NATS EMPEROR SHIPPING LIMITED

        By: _____
                      Edward A. Keane (EK 1398)
                      111 Broadway, 10th Floor
                      New York, NY 10006
                      Tel. (212) 385-1422
                      Fax (212) 385-1605
                      File No. 12/3574/B/08/4