UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NATS EMPEROR SHIPPING LIMITED,            :

                                  Plaintiff,   :   ECF CASE

    -against-            :   08 Civ. 3763 (BSJ)

HAWKNET LIMITED and BROBULK       :   NOTICE OF RESTRICTED
LIMITED,                                                         APPEARANCE PURSUANT TO
                                         :   SUPPLEMENTAL RULE E(8)
                           Defendants.
------------------------------------------------------------x

BROBULK LIMITED., by and through undersigned counsel, Cardillo & Corbett, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 2, 2008

                                                    CARDILLO & CORBETT
                                                    Attorneys for Defendant
                                                    BROBULK LIMITED

                                                    By: /s/ Tulio R. Prieto
                                                       Tulio R. Prieto (TP 8455)
                                                     29 Broadway
                                                   New York, New York 10006
                                                   Tel.: 212-344-0464
                                                   Fax: 212-797-1212