Cardillo & Corbett
Attorneys for Defendant
Brobulk Limited
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
NATS EMPEROR SHIPPING LIMITED,          :
                                        :
                    Plaintiff,          :   **ECF**
                                        :
                                        :   **RULE 7.1 STATEMENT**
              -against-                 :   08 Civ. 3763 (BSJ)
                                        :
HAWKNET LIMITED and BROBULK             :
LIMITED,                                :
                                        :
                    Defendants.         :
----------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, BROBULK LIMITED (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
          May 7, 2008

                                CARDILLO & CORBETT
                                Attorneys for Defendant
                                BROBULK LIMITED

                          By:   /s/ Tulio R. Prieto
                                Tulio R. Prieto (TP-8455)