Jones

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

NATS EMPEROR SHIPPING LIMITED, :

          Plaintiff, :

V. :

HAWKNET LIMITED and BROBULK
LIMITED, :

          Defendants. :
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

ECF Case
08 Civ. 3763 (BSJ)

### ORDER TO SHOW CAUSE WHY
### RULE B MARITIME ATTACHMENT
### SHOULD NOT BE VACATED

Upon the annexed declarations of Urban Bror Hugo Paulsson and Tulio R. Prieto, Esq., both dated May 6, 2008, and the accompanying Memorandum of Law and the pleadings and proceedings heretofore had herein:

Let the Plaintiff, NATS EMPEROR SHIPPING LIMITED ("Plaintiff") show cause before the Honorable Barbara S. Jones, United States District Court Judge, at 500 Pearl Street, Courtroom 18B, New York, New York 10007, pursuant to the Supplemental Admiralty Rule E(4)(f) and Local Admiralty Rule E.1, on the 14th day of May, 2008, at 3:00 p.m., or as soon thereafter as counsel can be heard why (1) the maritime attachment shall not be vacated, and (2) an Order shall not be issued for such other and further relief as the Court may deem just and proper.

Let service of a copy of this Order and the accompanying Declarations, exhibits, and Memorandum of Law, if served upon Mahoney & Keane LLP, 111 Broadway,

10th Floor, New York, NY 10006, attorneys for Plaintiff, on or before _2:00 pm_ on May _7_, 2008 (service to be made either by courier, fax or e-mail) be deemed good and sufficient service.

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and /or memoranda of law, shall be served so as to be received by counsel for the movant, Cardillo & Corbett by fax or e-mail on or before the _12th_ day of May, 2008 by _12:00_ m.

Reply papers, if any, shall be served on counsel for Defendant on or before _5:00 p.m._ o'clock on _13_ May, 2008 (service to be made either by courier, fax or e-mail), such service to be deemed good and sufficient service.

Dated: New York, New York
       May _6_, 2008

SO ORDERED:

_____
United States District Judge