```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
                                :
NATS EMPEROR SHIPPING LTD.,     :
                                :
                    Plaintiff,  :     08 CV 3763 (BSJ)
                                :
        -v-                     :     ORDER
                                :
HAWKNET LTD. and BROBULK LTD.,  :
                                :
                                :
                    Defendants. :
------------------------------- X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On May 14, 2008, the Court held a hearing on Defendant Brobulk's Order to Show Cause, where the Court DENIED Defendant's motion to vacate a maritime attachment. Counsel for Plaintiff is directed to file the amended complaint on or before May 20, 2008. The parties shall have a period of sixty days from that date in which to conduct discovery.

SO ORDERED:

                                           /s/ Barbara S. Jones
                                 BARBARA S. JONES
                                 UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         May 14, 2008