UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATS EMPEROR SHIPPING LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>HAWKNET LIMITED and BROBULK LIMITED,<br><br>Defendants. | 08 Civ. 3763 (BSJ)<br><br>**STIPULATION AND ORDER FOR<br>SUBSTITUTION OF COUNSEL** |

IT IS HEREBY STIPULATED AND AGREED that Holland & Knight LLP, 195 Broadway, New York, NY 10007, be substituted in place of Cardillo & Corbett, 29 Broadway, New York, NY 10006, as attorneys for defendant Brobulk Limited, in this action.

Dated: New York, New York
       June 4, 2008

HOLLAND & KNIGHT LLP

By: _____
James H. Hohenstein
Christopher R. Nolan
195 Broadway
New York, New York 10007
Telephone: (212) 513-3200
Telefax: (212) 385-9010 fax
E-mail: james.hohenstein@hklaw.com
        chris.nolan@hklaw.com
*Incoming Attorneys for
Defendant Brobulk Limited*

CARDILLO & CORBETT

By: _____
Tulio R. Prieto
James P. Rau
29 Broadway
New York, New York 10006
Telephone: (212) 344-0464
Telefax: (212) 797-1212
E-mail: tprieto@cardillocorbett.com
        jrau@cardillocorbett.com
*Outgoing Attorneys for Defendant
Brobulk Limited*

**SO ORDERED:**

_____        6/4/08
United States District Judge     Date

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/08
```

HOLLAND & KNIGHT LLP
James H. Hohenstein
Christopher R. Nolan
195 Broadway
New York, New York 10007
Telephone: (212) 513-3200
Telefax: (212) 385-9010
E-mail: james.hohenstein@hklaw.com
　　　　chris.nolan@hklaw.com

*Incoming Attorneys for Defendant*
*Brobulk Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| NATS EMPEROR SHIPPING LIMITED, | |
|---|---|
| Plaintiff, | 08 Civ. 3763 (BSJ) |
| -against- | **LOCAL CIVIL RULE 1.4 DECLARATION** |
| HAWKNET LIMITED and BROBULK LIMITED, | |
| Defendants. | |

James H. Hohenstein, declares under penalty of perjury as follows:

1. I am admitted to the Bar of this Court. I am a member of Holland & Knight LLP, Incoming Attorneys for Defendant, Brobulk Limited ("Brobulk").

2. This declaration is submitted in accordance with Local Civil Rule 1.4 and in support of the Stipulation of counsel concerning the substitution of counsel.

3. The posture of the case is as follows: pursuant to the Order of the Court, dated May 14, 2008, Plaintiff was to file an amended complaint on or before May 20, 2008, which pleading was filed on May 19, 2008. The Order further directed discovery for a period of sixty days from the date of the filing.



4. The reason for substitution of counsel is the decision of and at the instruction of Defendant, Brobulk.

5. Substitution of counsel will not retard or delay the proceedings in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 4, 2008

_____
James H. Hohenstein

To: Edward A. Keane, Esq.
Mahoney & Keane LLP
Attorneys for Nats Emperor Shipping Limited

Tulio Prieto, Esq.
James P. Rau, Esq.
Cardillo & Corbett
Outgoing Attorneys for Brobulk Limited

# 5382226_v1