UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATS EMPEROR SHIPPING LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>HAWKNET LIMITED and BROBULK LIMITED,<br><br>Defendants. | 08 Civ. 3763 (BSJ)<br><br>**AMENDED CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, James H. Hohenstein, attorney for Defendant Brobulk Limited, having filed an initial pleading in the above captioned matter, make the following amended disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Brobulk's parent corporation is Petra Chartering Limited UK, whose parent corporation is GAC Vaduz. No publicly held corporation owns 10% or more of Brobulk Limited's stock.

Dated: New York, New York
       June 17, 2008

HOLLAND & KNIGHT LLP

By: _____
James H. Hohenstein
Christopher R. Nolan
195 Broadway
New York, New York 10007
Telephone: (212) 513-3200
Telefax: (212) 385-9010 fax
E-mail: james.hohenstein@hklaw.com
        chris.nolan@hklaw.com
*Attorneys for Defendant Brobulk Limited*

# 5408396_v1