USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
NATS EMPEROR SHIPPING LTD.,         :
                                    :
                    Plaintiff,      :   08 CV 3763 (BSJ)
                                    :
        -v-                         :   ORDER
                                    :
HAWKNET LTD. and BROBULK LTD.,      :
                                    :
                    Defendants.     :
------------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    By letter dated June 11, 2008, counsel for Defendant Brobulk Ltd. ("Brobulk") sought the rescission of the Court's May 14, 2008 Order concerning a discovery schedule, and a stay of proceedings while the underlying merits are determined in London arbitration.  Plaintiff opposed Brobulk's motion in a letter dated June 19, 2008.  Having considered the submissions of the parties and Brobulk's "definitive[] state[ment] that it will not file a motion to vacate on the <u>alter-ego</u> issue," the Court agrees with Brobulk that discovery on the alter-ego issue is unnecessary, and therefore GRANTS Brobulk's motion to rescind the Court's May 14, 2008 Order as it pertains to discovery.

**SO ORDERED:**

                                       _/s/ Barbara S. Jones_
                                       BARBARA S. JONES
                                       UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         June 24, 2008