James H. Hohenstein
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
       chris.nolan@hklaw.com

ATTORNEYS FOR DEFENDANT,
BROBULK LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATS EMPEROR SHIPPING LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>HAWKNET LIMITED and BROBULK LIMITED,<br><br>Defendants. | 08 Civ. 3763 (BSJ)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE THAT** upon the Affirmation of Christopher R. Nolan dated August 21, 2008, and the accompanying Memorandum of Law in Support, and all pleadings heretofore had in this matter, Defendant Brobulk Limited ("Brobulk"), will move this Court, before the Honorable Barbara J. Jones, at 500 Pearl Street, Courtroom 18B, New York, New York, on a date to be set by this Honorable Court, for an Order, pursuant to Rule E(4)(f) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to vacate the Court's *Ex Parte* Order for Process of Maritime Attachment dated April 22, 2008; and (b) directing such other and further relief as the Court may deem proper.

Dated: New York, New York
      August 21, 2008

                                      HOLLAND & KNIGHT LLP

By: _____
James H. Hohenstein
Christopher R. Nolan
195 Broadway
New York, New York 10007
Telephone: (212) 513-3200
Telefax: (212) 385-9010
jim.hohenstein@hklaw.com
chris.nolan@hklaw.com

*Attorneys for Defendant, Brobulk Ltd.*

TO:    Edward A. Keane, Esq.
        Mahoney & Keane, LLP
        11 Hanover Square at 76 Beaver Street
        New York, NY 10006

        *Attorneys for Plaintiff,*
        *Nats Emperor Shipping Limited*

# 5555748_v1